**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JEROME J. DUDGEON | ) | BANKRUPTCY CASE NUMBER 09-12237 |
| BONNIE L. PEARSON | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 6 | Roundup Funding<br>MS 550<br>Post Office Box 91121<br>Seattle, Washington   98111-9221 | $ 2.11 |
| CLAIM # 7 | Chase Bank USA, N.A. / Kohl's<br>c/o Creditors Bankruptcy Service<br>Post Office Box 740933<br>Dallas, Texas   75374 | $ 0.25 |
| CLAIM # 10 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Post Office Box 3001<br>Malvern, Pennsylvania   19355-0701 | $ 1.12 |

**TOTAL:   $ 3.48**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                       /s/ Yvette Gaff Kleven_____
                                                      Yvette Gaff Kleven